IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

GALVESTON DIVISION

| | | |
|---|---|---|
| ROBBIE JOHNSON, ET AL. | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. G-05-066 |
| | § | |
| C & F OFFSHORE, INC. | § | |

## FINAL JUDGMENT

In accordance with the Findings of Fact and Conclusion of Law entered by this Court on even date herewith it is **ORDERED** and **ADJUDGED** that Plaintiff, **Robbie Johnson**, RECOVER of the Defendant C & F Offshore, Inc., the sum of $6,398.01 in actual damages, $6,398.01 in liquidated damages, and $6,604.16 as a reasonable attorney's fee all with interest thereon at the rate of  4.76  % as provided by law, together with one-third of Plaintiffs' costs.

It is further **ORDERED** and **ADJUDGED** that Plaintiff, **Hilda Hinojosa**, RECOVER of the Defendant C & F Offshore, Inc., the sum of $2,839.18 in actual damages, $2,839.18 in liquidated damages, and $6,604.16 as a reasonable attorney's fee all with interest thereon at the rate of  4.76  % as provided by law, together with one-third of Plaintiffs' costs.

It is further **ORDERED** and **ADJUDGED** that Plaintiff, **Anita Villegas**, RECOVER of the Defendant C & F Offshore, Inc., the sum of $2,013.21 in actual damages, $2,013.21 in liquidated damages, and $6,604.16 as a reasonable attorney's fee all with interest thereon at the rate of  4.76  % as provided by law, together with one-third of Plaintiffs' costs.

**DONE** at Galveston, Texas, this _____20th_____ day of March, 2006.

_____
John R. Froeschner
United States Magistrate Judge